UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22149-CIV-MORENO**

HOWARD COHAN,

    Plaintiff,

vs.

BERKELEY SHORE, LLC, d/b/a
BERKELEY SHORE HOTEL,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the Court's Order Requiring Verified Certificate of Counsel Regarding Prior Filings under the Americans with Disabilities Act **(D.E. 4)**, filed on **June 4, 2018**. In that Order, the Court instructed the Plaintiff to file a verified certificate regarding prior filings by no later than June 20, 2018. As of the date of this Order, Plaintiff has not complied with that instruction. The Court warned that a failure to comply would result in dismissal without prejudice of Plaintiff's case.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED without prejudice due to Plaintiff's failure to comply with the Court's Order. It is also

**ADJUDGED** that all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 of June 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record